IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOANNE MASSEY** | : | **NO. 16-3983** |

## ORDER

**NOW**, this 20th day of October, 2016, upon consideration of the Motion to Extend Time to Make Service (Document No. 2), it is **ORDERED** that the motion is **DENIED**[1].

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

        /s/Timothy J. Savage
        TIMOTHY J. SAVAGE,  J.

---

[1] The plaintiff does not present any facts regarding the nature and extent of its investigation to locate and to serve the defendant.  Therefore, we can only conclude that the plaintiff did not make diligent efforts to locate the defendant within the time required by Fed. R. Civ. P. 4(m).